IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE, INDIANA

| | |
|---|---|
| THOMAS WHEELOCK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 2:23-cv-00577 |
| | ) |
| CFC PROPERTIES, LLC d/b/a | ) |
| CFC PROPERTIES | ) |
| | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of his Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621–634, the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101et seq., and the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission ("EEOC") and received a notice to sue on October 31, 2023.

**PARTIES**

3. Plaintiff is a disabled male, over the age of forty, and at all relevant times he resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. In 2012, Plaintiff began working for Defendant as a Property Manager

6. Plaintiff performed his job well.

7. In October 2020, Plaintiff was injured while working for Defendant.

8. In November 2020, Plaintiff had surgery related to the injury and then took 18 weeks of FMLA approved leave for recovery.

9. Plaintiff returned from FMLA leave in or around April 2020 and discovered that his job duties had been changed, he was demoted, and he lost his fringe benefits (*i.e.* lost use of company vehicle).

10. Plaintiff was demoted to the position of specialty technician and was replaced as property manager by a significantly younger and non-disabled male who had less experience than Plaintiff.

11. Plaintiff complained about the demotion to the HR Representative who said that she was directed by the President to demote him.

12. Plaintiff then asked the Owner why he had been demoted, and she told him that it was because the business needed "fresh eyes."

13. On January 19, 2023, Plaintiff was terminated because he, "Could not get over what happened two years ago," referring to his complaints about the demotion.

14. Plaintiff was terminated due to his age.

15. Plaintiff was terminated due to his disability.

16. Plaintiff was terminated due to engaging in protected activity.

## COUNT I

17. Plaintiff incorporates by reference paragraphs 1-16.

18. Defendant, as a result of terminating Plaintiff for engaging in protected activity, violated the FMLA, 29 U.S.C. § 2601, et seq.

## COUNT II

19. Plaintiff incorporates by reference paragraphs 1-16.

20. Defendant, as a result of terminated Plaintiff due to his age, violated the ADEA, 29 U.S.C. §§ 621–634.

## COUNT III

21. Plaintiff incorporates by reference paragraphs 1-16.

22. Defendant, as a result of terminating Plaintiff due to his disability, violated the ADA, 42 U.S.C. § 12101 et seq.

## COUNT IV

23. Plaintiff incorporates by reference paragraphs 1-18.

24. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated the ADEA, 29 U.S.C. §§ 621–634.

## COUNT V

25. Plaintiff incorporates by reference paragraphs 1-18.

26. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated the ADA, 42 U.S.C. § 12101 et seq.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

/s/ Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted
/s/ Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070