**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS, INDIANA**

| | |
|---|---|
| **THOMAS WHEELOCK** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 2:23-cv-00577-MPB-MKK |
| | ) |
| **CFC PROPERTIES, INC.** | ) |
| | ) |
| **Defendant,** | ) |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having filed a Joint Stipulation of Dismissal with Prejudice of Plaintiff's retaliation claims in this action, the court hereby grants the same.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Plaintiff's retaliation claims in this action are dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED.

Dated: March 11, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record
Through the Court's electronic notice
and filing system.